IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BARBARA J. RILEY,**

    **Plaintiff,**

**vs.**                                         **CASE NO. 5:08cv14-RS/WCS**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

This case was remanded on April 30, 2008, pursuant to sentence six, retaining jurisdiction. Doc. 12. Defendant has now filed a status report advising that an administrative hearing was scheduled for December 2, 2008. At the hearing, Plaintiff, through her attorney, asked to withdraw the request for hearing. After being satisfied that Plaintiff understood the effect of her withdrawal, the ALJ dismissed Plaintiff's request for a hearing. In light of this event, the reconsideration of July 7, 2009 remains in effect. The Defendant attached as an exhibit the Social Security Administration's Notice of Dismissal.

It is therefore **RECOMMENDED** that the Plaintiff's complaint be **DISMISSED.**

**IN CHAMBERS** at Tallahassee, Florida, on February 24, 2009.


    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.